IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                  )

CORNERSTONE CAPITAL, LLC  )     Case No. 19 B 31306

Debtor.      )     Chapter 7

## NOTICE OF APPERANCE AND REQUEST FOR NOTICE

I, STEVEN PLATO TROY, of Troy & Associates, do hereby enter my Appearance as Attorney on behalf of the Creditor, LINCOLNWAY COMMUNITY BANK

I also Request Notice of any Pleadings filed in this case

STEVEN PLATO TROY
Attorney for Creditor
LINCOLNWAY COMMUNITY BANK

STEVEN PLATO TROY-03122140
Attorney at Law
P.O. Box 606
Channahon, IL 60410-0606
815/467-0756
815-467-6247-Fax
StevenPlatoTroy@aol.com