# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re: § 
§ 
Cornerstone Capital, LLC § Case No. 19-31306
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/02/2019. The undersigned trustee was appointed on 11/11/2019.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. | The trustee realized gross receipts of | $ 1,247,226.07 |
| | Funds were disbursed in the following amounts: | |
| | Payments made under an interim disbursement | 0.00 |
| | Administrative expenses | 241,008.23 |
| | Bank service fees | 456.87 |
| | Other payments to creditors | 929,962.58 |
| | Non-estate funds paid to 3rd Parties | 0.00 |
| | Exemptions paid to the debtor | 0.00 |
| | Other payments to the debtor | 0.00 |
| | Leaving a balance on hand of[1] | $ 75,798.39 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 04/29/2020 and the deadline for filing governmental claims was 04/29/2020. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $60,666.78. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $0.00 as interim compensation and now requests a sum of $60,666.78, for a total compensation of $60,666.78[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $84.64, for total expenses of $84.64[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/16/2021         By: /s/Zane L. Zielinski, Trustee
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 19-31306 | LAH | Judge: | LaShonda A. Hunt | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Cornerstone Capital, LLC | | | | Date Filed (f) or Converted (c): | 11/02/2019 (f) |
| | | | | | 341(a) Meeting Date: | 12/03/2019 |
| For Period Ending: | 08/16/2021 | | | | Claims Bar Date: | 04/29/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  19152 South Saint Lawrence, Glenwood | 89,000.00 | 89,000.00 | | 100,000.00 | FA |
| 2.  50 N. Elm, Glenwood, IL | 51,000.00 | 51,000.00 | | 65,000.00 | FA |
| 3.  751 North Raindbow Drive, Glenwood IL 60425 | 175,000.00 | 175,000.00 | | 166,400.00 | FA |
| 4.  1466 Freeland, Calumet City | 41,500.00 | 41,500.00 | | 62,700.00 | FA |
| 5.  423 E. Birch, Glenwood | 85,000.00 | 85,000.00 | | 76,100.00 | FA |
| 6.  17844 Community, Lansing | 65,000.00 | 65,000.00 | | 62,700.00 | FA |
| 7.  124 E. Rose, Glenwood | 75,500.00 | 75,500.00 | | 88,900.00 | FA |
| 8.  127 E. Center, Glenwood | 51,000.00 | 51,000.00 | | 67,200.00 | FA |
| 9.  315 Shabbona, Park Forest | 42,000.00 | 42,000.00 | | 34,900.00 | FA |
| 10. 309 Clyde, Calumet City | 80,000.00 | 80,000.00 | | 64,500.00 | FA |
| 11. 19143 S. St. Lawrence, Glenwood | 51,000.00 | 51,000.00 | | 80,600.00 | FA |
| 12. 31 S. Willow, Glenwood | 51,000.00 | 51,000.00 | | 71,600.00 | FA |
| 13. 19140 S. St. Lawrence, Glenwood | 88,000.00 | 88,000.00 | | 76,100.00 | FA |
| 14. 20540 Crawford, Matteson | 91,000.00 | 91,000.00 | | 79,700.00 | FA |
| 15. Rent from Real estate (u) | 0.00 | 114,259.46 | | 114,259.46 | FA |
| 16. Insurance Refund from Real Estate (u) | 0.00 | 0.00 | | 972.98 | FA |
| 17. Lincolnway Chcking Account | 2,131.42 | 2,131.42 | | 397.53 | FA |
| 18. 140 central avenue matteson, il 31-16-104-015-1006 | 66,000.00 | 1,000.00 | | 35,000.00 | FA |
| 19. Utility Reinbursement (u) | 0.00 | 196.10 | | 196.10 | FA |
| 20. Checking Account At First Security Bank & Trust | 8,140.00 | 0.00 | | 0.00 | FA |
| 21. Checking Account At Chase Bank | 526.10 | 0.00 | | 0.00 | FA |
| 22. Checking Account At Chase Bank | 178.28 | 0.00 | | 0.00 | FA |
| 23. Checking Account At First Midwest Bank | 5,737.54 | 0.00 | | 0.00 | FA |
| 24. Accounts Receivables | 1,106.72 | 0.00 | | 0.00 | FA |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 19-31306 | LAH | Judge: | LaShonda A. Hunt | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Cornerstone Capital, LLC | | | | Date Filed (f) or Converted (c): | 11/02/2019 (f) |
| | | | | | 341(a) Meeting Date: | 12/03/2019 |
| For Period Ending: | 08/16/2021 | | | | Claims Bar Date: | 04/29/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 25. 7439 S. Harvard Series of the Paperstreet Group, LLC | Unknown | 0.00 | | 0.00 | FA |
| 26. 2018 Ford F150 | 15,648.00 | 0.00 | | 0.00 | FA |
| 27. 1832 Thornapple Way, Aurora, Illinois | 250,000.00 | 0.00 | | 0.00 | FA |
| 28. 720 5th Avenue South Street, MN (Under Contract) | 180,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $1,565,468.06    $1,153,586.98    $1,247,226.07    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

All assets have been liquidated, the Trustee is preparing 2020 tax return, and will then prepare final report.

| RE PROP # | 17 | -- | Account subject to security interest, bank turned over funds after lifting stay of remaining amounts. |
| RE PROP # | 20 | -- | Account subject to security interest of First Security Bank. |
| RE PROP # | 23 | -- | Account subject to security interest |
| RE PROP # | 25 | -- | Minority intersest in small corporation. |
| RE PROP # | 26 | -- | Subject to lien from Chase AUto |
| RE PROP # | 27 | -- | Trustee viewed property but the 2nd mortgage on the property eliminated ability to sell the property, as 2nd lender took possession of property. |
| RE PROP # | 28 | -- | Property subject to security interest. Stay was lifted, and the bank reclaimed the property in December 2020. |

Initial Projected Date of Final Report (TFR): 03/31/2021        Current Projected Date of Final Report (TFR): 03/31/2021

**UST Form 101-7-TFR (5/1/2011)** *(Page: 4)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 19-31306 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Cornerstone Capital, LLC | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0642 |
| | Checking |
| Taxpayer ID No: XX-XXX1787 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/16/2021 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/09/19 | | Equity Partners of Illinois<br>21W143 Kensington Road<br>Lombard, Illinois 60148 | November rent | | $18,240.12 | | $18,240.12 |
| | | | Gross Receipts  $20,601.72 | | | | |
| | | Equity partners of Illinois | ($1,260.00) | 3991-000 | | | |
| | | Cost to Maintain Real Estate | ($1,101.60) | 2420-000 | | | |
| | 15 | | Rent from Real estate  $20,601.72 | 1222-000 | | | |
| 01/07/20 | | Equity Partners of Illinois LTD<br>21w143 Kensington Road<br>Lombard, IL 60148-5152 | Rental income for properties | | $14,564.99 | | $32,805.11 |
| | | | Gross Receipts  $16,895.00 | | | | |
| | | Woodgate Condominium Association (140 Central) | ($500.67) | 4110-000 | | | |
| | | Equity partners of Illinois | ($839.34) | 3991-000 | | | |
| | | | ($990.00) | 2420-000 | | | |
| | 15 | | Rent from Real estate  $16,895.00 | 1222-000 | | | |
| 01/27/20 | 15 | Renters Warehouse Minnesota, LLC<br>13200 Pioneer Trail, Suite 100<br>Eden Prairie, MN 55347 | Rent | 1222-000 | $600.00 | | $33,405.11 |
| 01/27/20 | 15 | Renters Warehouse Minnesota, LLC<br>13200 Pioneer Trail, Suite 100<br>Eden Prairie, MN 55347 | Rent funds | 1222-000 | $1,061.00 | | $34,466.11 |
| 01/27/20 | 15 | Renters Warehouse Minnesota, LLC<br>13200 Pioneer Trail, Suite 100<br>Eden Prairie, MN 55347 | | 1222-000 | $441.00 | | $34,907.11 |
| 01/27/20 | 16 | Foremost Inusrance Company | Insurance funds | 1229-000 | $44.58 | | $34,951.69 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*                Page Subtotals:                $34,951.69         $0.00

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 19-31306 | Trustee Name: | Zane L. Zielinski, Trustee |
| --- | --- | --- | --- |
| Case Name: | Cornerstone Capital, LLC | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0642 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1787 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/16/2021 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/27/20 | 17 | Lincolnway Community Bank Cashier's Check | Bank Account | 1129-000 | $397.53 | | $35,349.22 |
| 02/07/20 | | Equity Partners of Illinois January Rent | Rental income | | $11,796.16 | | $47,145.38 |
| | | | Gross Receipts $15,175.00 | | | | |
| | | Equity partners of Illinois | ($990.00) | 3991-000 | | | |
| | | Insurance for the propeties | ($905.27) | 2420-000 | | | |
| | | costs maintaining properties | ($1,483.57) | 2420-000 | | | |
| | 15 | | Rent from Real estate $15,175.00 | 1222-000 | | | |
| 02/19/20 | 2001 | International Sureties, LTD. Suite 420 701 Pydras Street New Orleans, LA 70139 | 2020 Bond | 2300-000 | | $14.84 | $47,130.54 |
| 03/10/20 | | Equity Parnters of Illinois | Rental income | | $14,869.87 | | $62,000.41 |
| | | | Gross Receipts $18,200.00 | | | | |
| | | Equity partners of Illinois | ($990.00) | 3991-000 | | | |
| | | Woodgate Condominium Association (140 Central) | ($147.83) | 4110-000 | | | |
| | | Insurance Payment | ($765.42) | 2420-000 | | | |
| | | Repair costs | ($1,426.88) | 2420-000 | | | |
| | 15 | | Rent from Real estate $18,200.00 | 1222-000 | | | |
| 03/11/20 | | Chicago Title and Trust Company | Sale of 19152 Saint Lawrence and 50 N elm lane | | $7,500.00 | | $69,500.41 |
| | | | Gross Receipts $165,000.00 | | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*      Page Subtotals:      $34,563.56      $14.84

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 19-31306 | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|
| Case Name: | Cornerstone Capital, LLC | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0642 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1787 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/16/2021 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Closing Credits (Taxes, security depoti, Inspection) | ($4,733.34) | 2500-000 | | | |
| | | Title Fees | Title Fees ($2,718.00) | 2500-000 | | | |
| | | LINCOLNWAY COMMUNITY BANK C/O STEVEN PLATO TROY PO BOX 606 CHANNAHON IL 60410-0606 | ($138,429.07) | 4110-000 | | | |
| | | Real Estate Broker | ($8,250.00) | 3510-000 | | | |
| | | Real estate taxes | ($2,532.13) | 2820-000 | | | |
| | | Glenwood (city transfer tax) | ($589.96) | 2820-000 | | | |
| | | State and County Transfer Tax | ($247.50) | 2820-000 | | | |
| | 1 | | 19152 South Saint Lawrence, Glenwood $100,000.00 | 1110-000 | | | |
| | 2 | | 50 N. Elm, Glenwood, IL $65,000.00 | 1110-000 | | | |
| 04/03/20 | 16 | State Fram FIre and Casualty PO Box 853907 Richardson, TX 75085-3907 | Insurance refund | 1229-000 | $172.16 | | $69,672.57 |
| 04/03/20 | 16 | State form Fire and Casualty Company PO Box 853907 Richardson, TX 75085-3907 | Refund of insurnace | 1229-000 | $473.88 | | $70,146.45 |
| 04/10/20 | 3 | John Stanek 800 Hanson Court Batavia, IL 60510-2848 | Earnest Money Default | 1110-000 | $1,500.00 | | $71,646.45 |
| 05/04/20 | | Equity Partners of Illinois LTD 21W143 Kensington Road Lombard, IL 60148-5152 | Rent for real esate | | $12,000.00 | | $83,646.45 |
| | | | Gross Receipts $18,125.97 | | | | |
| | | Equity partners of Illinois | ($910.00) | 3991-000 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*        Page Subtotals:        $14,146.04        $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 19-31306 | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|
| Case Name: | Cornerstone Capital, LLC | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0642 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1787 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/16/2021 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Woodgate Condominium Association (140 Central) | ($147.83) | 4110-000 | | | |
| | | insurance - Rainbow | ($137.75) | 2420-000 | | | |
| | | Equity partners of Illinois | ($910.00) | 3991-000 | | | |
| | | Woodgate Condominium Association (140 Central) | ($147.83) | 4110-000 | | | |
| | | insurance - Rainbow | ($151.15) | 2420-000 | | | |
| | | insruance - freeland, willow, rose, center | ($183.48) | 2420-000 | | | |
| | | maintenace of Rental Property | ($3,537.93) | 2420-000 | | | |
| | 15 | | Rent from Real estate $18,125.97 | 1222-000 | | | |
| 05/13/20 | | greater illinois title company 120 north lasalle stree, suite 900 chicago, il 60602 | 751 North Rainbow Drive Glenwood, IL | | $31,000.75 | | $114,647.20 |
| | | | Gross Receipts $164,900.00 | | | | |
| | | LINCOLNWAY COMMUNITY BANK C/O STEVEN PLATO TROY PO BOX 606 CHANNAHON IL 60410-0606 | ($104,368.18) | 4110-000 | | | |
| | | taxes/credits | ($9,927.40) | 2500-000 | | | |
| | | unpaid real estate taxes | ($3,020.67) | 4700-000 | | | |
| | | title fees | ($2,403.00) | 2500-000 | | | |
| | | real estate commission | ($7,967.50) | 3510-000 | | | |
| | | survey and home warranty | ($965.00) | 2500-000 | | | |

| UST Form 101-7-TFR (5/1/2011) *(Page: 8)* | Page Subtotals: | $31,000.75 | $0.00 |
|---|---|---|---|

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 19-31306  
Case Name: Cornerstone Capital, LLC  
Trustee Name: Zane L. Zielinski, Trustee  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0642  
Checking  
Taxpayer ID No: XX-XXX1787  
Blanket Bond (per case limit): $5,000,000.00  
For Period Ending: 08/16/2021  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Meredith Cutshall Claim | | ($4,500.00) | 2420-000 | | |
| | | John Stanek - Attorney fees | | ($500.00) | 3210-000 | | |
| | | transfer fax | | ($247.50) | 4800-000 | | |
| | 3 | | 751 North Raindbow Drive, Glenwood IL 60425 | $164,900.00 | 1110-000 | | |
| 05/21/20 | 16 | Foremost Insurance Company | Refund | | 1229-000 | $168.95 | $114,816.15 |
| 06/18/20 | | Equity Partners of Illinois LTD 21W143 Kensington Road Lombard, IL 60148-5152 | Rents | | | $5,299.54 | $120,115.69 |
| | | | Gross Receipts | $16,094.03 | | | |
| | | Equity partners of Illinois | | ($1,890.00) | 3991-000 | | |
| | | Woodgate Condominium Association (140 Central) | | ($147.83) | 4110-000 | | |
| | | Maintenace and closing realted matters | | ($8,756.66) | 2420-000 | | |
| | 15 | | Rent from Real estate | $16,094.03 | 1222-000 | | |
| 07/10/20 | | Equity Partners of Illinois LTD 21w143 kensington road lombard, iL 60148-5152 | Rental June 2020 | | | $2,552.94 | $122,668.63 |
| | | | Gross Receipts | $4,146.61 | | | |
| | | Equity partners of Illinois | | ($70.00) | 3991-000 | | |
| | | Woodgate Condominium Association (140 Central) | | ($147.83) | 4110-000 | | |
| | | secure property | | ($1,375.84) | 2420-000 | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*   Page Subtotals:   $8,021.43   $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 19-31306 | Trustee Name: | Zane L. Zielinski, Trustee |
| --- | --- | --- | --- |
| Case Name: | Cornerstone Capital, LLC | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0642 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1787 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/16/2021 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 15 | | Rent from Real estate  $4,146.61 | 1222-000 | | | |
| 07/10/20 | 19 | Village of Glenwood | Reimbursement for Water account | 1229-000 | $196.10 | | $122,864.73 |
| 07/31/20 | | Chicago Title and Trust Company 10 South LaSalle Street Suite 2850 chicago, IL 60603 | Sale of multiple properties | | $6,000.00 | | $128,864.73 |
| | | | Gross Receipts  $765,000.00 | | | | |
| | | First Security Trust and Savings Bank | ($656,000.00) | 4110-000 | | | |
| | | Jamessonn Commercial | ($25,000.00) | 3510-000 | | | |
| | | Real Estate tax pro-ration | ($33,000.00) | 2820-000 | | | |
| | | Real Estate taxes paid | ($28,909.51) | 2820-000 | | | |
| | | Lease credits to buyer (under contract) | ($10,335.49) | 2500-000 | | | |
| | | Closing costs | ($4,608.00) | 2500-000 | | | |
| | | Transfer tax | ($1,147.00) | 2820-000 | | | |
| | 4 | | 1466 Freeland, Calumet City  $62,700.00 | 1110-000 | | | |
| | 5 | | 423 E. Birch, Glenwood  $76,100.00 | 1110-000 | | | |
| | 6 | | 17844 Community, Lansing  $62,700.00 | 1110-000 | | | |
| | 7 | | 124 E. Rose, Glenwood  $88,900.00 | 1110-000 | | | |
| | 8 | | 127 E. Center, Glenwood  $67,200.00 | 1110-000 | | | |
| | 9 | | 315 Shabbona, Park Forest  $34,900.00 | 1110-000 | | | |
| | 10 | | 309 Clyde, Calumet City  $64,500.00 | 1110-000 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*                    Page Subtotals:                    $6,196.10                    $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 19-31306 | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|
| Case Name: | Cornerstone Capital, LLC | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0642 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1787 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/16/2021 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 11 | | 19143 S. St. Lawrence, Glenwood | $80,600.00 | 1110-000 | | |
| | 12 | | 31 S. Willow, Glenwood | $71,600.00 | 1110-000 | | |
| | 13 | | 19140 S. St. Lawrence, Glenwood | $76,100.00 | 1110-000 | | |
| | 14 | | 20540 Crawford, Matteson | $79,700.00 | 1110-000 | | |
| 09/08/20 | 15 | Help at Home LLC<br>1 north state street suite 800<br>chicago, il 60602 | Rent for 124 rose | | 1222-000 | $336.05 | | $129,200.78 |
| 09/08/20 | | Equity Partners of Illinois LTD<br>Lombard, IL | Rent<br>July 2020 Rent | | | $1,472.00 | | $130,672.78 |
| | | | Gross Receipts | $1,900.91 | | | | |
| | | Equity partners of Illinois | | ($70.00) | 3991-000 | | | |
| | | Woodgate Condominium Association (140 Central) | | ($147.83) | 4110-000 | | | |
| | | Expenses securing property | | ($211.08) | 2420-000 | | | |
| | 15 | | Rent from Real estate | $1,900.91 | 1222-000 | | | |
| 10/07/20 | | Equity Partners of Illinois LTD<br>Lombard, Illinois | Rent for 140 central | | | $449.34 | | $131,122.12 |
| | | | Gross Receipts | $682.17 | | | | |
| | | Equity partners of Illinois | | ($70.00) | 3991-000 | | | |
| | | Woodgate Condominium Association (140 Central) | | ($147.83) | 4110-000 | | | |
| | | Bank fees | | ($15.00) | 2600-000 | | | |
| | 15 | | Rent from Real estate | $682.17 | 1222-000 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*    Page Subtotals:    $2,257.39    $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 19-31306
Case Name: Cornerstone Capital, LLC
Trustee Name: Zane L. Zielinski, Trustee
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0642
Checking

Taxpayer ID No: XX-XXX1787
Blanket Bond (per case limit): $5,000,000.00
For Period Ending: 08/16/2021
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/13/20 | | Chicago Tilte<br>10 South LaSalle<br>Chicago, IL | Sale Proceeds for 140 central | | $3,500.00 | | $134,622.12 |
| | | | Gross Receipts  $35,000.00 | | | | |
| | | First Midwest Mortgage | ($20,562.93) | 4110-000 | | | |
| | | Taxes - Real Estate and Transfer tax | ($5,798.75) | 4700-000 | | | |
| | | closing costs | ($3,388.32) | 2500-000 | | | |
| | | Jamessonn Commercial | ($1,750.00) | 3510-000 | | | |
| | 18 | | 140 central avenue matteson, il  $35,000.00<br>31-16-104-015-1006 | 1110-000 | | | |
| 10/21/20 | 16 | Equity Partners of Illinois<br>21w143 Kensington Road<br>Lombard, IL 60148 | Insurance refund | 1229-000 | $113.41 | | $134,735.53 |
| 11/23/20 | 2002 | Hiltz, Zanzig & Heiligman LLC<br>53 W. Jackson Blvd #701<br>Chicago, IL 60604 | Distribution | | | $31,255.35 | $103,480.18 |
| | | Hiltz, Zanzig & Heiligman LLC | ($30,471.50) | 3210-000 | | | |
| | | Hiltz, Zanzig & Heiligman LLC | ($783.85) | 3220-000 | | | |
| 11/23/20 | 2003 | Alan D. Lasko & Associates P.C.<br>205 West Randolph Street<br>Suite 1105<br>Chicago, IL 60606 | Accontant fees | | | $12,968.80 | $90,511.38 |
| | | Alan D. Lasko & Associates P.C. | ($12,957.50) | 3410-000 | | | |
| | | Alan D. Lasko & Associates P.C. | ($11.30) | 3420-000 | | | |
| 02/19/21 | 2004 | International Sureties, LTD.<br>Suite 420<br>701 Pydras Street<br>New Orleans, LA 70139 | 2021 bond premium | 2300-000 | | $32.12 | $90,479.26 |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*   Page Subtotals: $3,613.41   $44,256.27

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 19-31306
Case Name: Cornerstone Capital, LLC
Taxpayer ID No: XX-XXX1787
For Period Ending: 08/16/2021

Trustee Name: Zane L. Zielinski, Trustee
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0642
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $90.26 | $90,389.00 |
| 04/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $99.81 | $90,289.19 |
| 04/09/21 | 2005 | Takada Law Offices, LLC | Distribution | | | $14,239.00 | $76,050.19 |
| | | Takada Law Offices, LLC | ($13,980.00) | 3210-000 | | | |
| | | Takada Law Offices, LLC | ($259.00) | 3220-000 | | | |
| 05/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $86.84 | $75,963.35 |
| 06/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $83.88 | $75,879.47 |
| 07/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $81.08 | $75,798.39 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $134,750.37 | $58,951.98 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $134,750.37 | $58,951.98 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $134,750.37 | $58,951.98 |

UST Form 101-7-TFR (5/1/2011) *(Page: 13)*

Page Subtotals: $0.00 $14,680.87

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0642 - Checking | $134,750.37 | $58,951.98 | $75,798.39 |
| | $134,750.37 | $58,951.98 | $75,798.39 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $1,112,475.70 |
| Total Net Deposits: | $134,750.37 |
| Total Gross Receipts: | $1,247,226.07 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 19-31306
Debtor Name: Cornerstone Capital, LLC
Claims Bar Date: 4/29/2020

Date: August 16, 2021

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Zane L. Zielinski, Trustee<br>ZANE ZIELINSKI P.C.<br>6336 NORTH CICERO<br>SUITE 201, CHICAGO, IL 60646 | Administrative | | $0.00 | $60,666.78 | $60,666.78 |
| 100 2200 | Zane L. Zielinski, Trustee<br>ZANE ZIELINSKI P.C.<br>6336 NORTH CICERO<br>SUITE 201, CHICAGO, IL 60646 | Administrative | | $0.00 | $84.64 | $84.64 |
| 100 2700 | United States Bankruptcy Court | Administrative | | $0.00 | $350.00 | $350.00 |
| 100 3210 | Hiltz, Zanzig & Heiligman LLC<br>53 W. Jackson Blvd #701<br>Chicago, IL 60604 | Administrative | | $0.00 | $30,471.50 | $30,471.50 |
| 100 3210 | Takada Law Offices, LLC | Administrative | | $0.00 | $13,980.00 | $13,980.00 |
| 100 3220 | Hiltz, Zanzig & Heiligman LLC<br>53 W. Jackson Blvd #701<br>Chicago, IL 60604 | Administrative | | $0.00 | $783.85 | $783.85 |
| 100 3220 | Takada Law Offices, LLC | Administrative | | $0.00 | $259.00 | $259.00 |
| 100 3310 | Alan D. Lasko & Associates P.C.<br>205 West Randolph Street<br>Suite 1105<br>Chicago, IL 60606 | Administrative | 2nd and final fee application | $0.00 | $14,400.00 | $14,400.00 |
| 100 3410 | Alan D. Lasko & Associates P.C.<br>205 West Randolph Street<br>Suite 1105<br>Chicago, IL 60606 | Administrative | | $0.00 | $12,957.50 | $12,957.50 |

Page 1                                        Printed: August 16, 2021

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 19-31306  
Debtor Name: Cornerstone Capital, LLC  
Claims Bar Date: 4/29/2020  

Date: August 16, 2021

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 3420 | Alan D. Lasko & Associates P.C. 205 West Randolph Street Suite 1105 Chicago, IL 60606 | Administrative | | $0.00 | $11.30 | $11.30 |
| 100 3420 | Alan D. Lasko & Associates P.C. 205 West Randolph Street Suite 1105 Chicago, IL 60606 | Administrative | | $0.00 | $73.11 | $73.11 |
| 100 3510 | Jamessonn Commercial | Administrative | | $0.00 | $26,750.00 | $26,750.00 |
| 100 3991 | Equity partners of Illinois | Administrative | Property Manager for Trustee | $0.00 | $7,999.34 | $7,999.34 |
| 2 300 7100 | American Express National Bank C/O Becket And Lee Llp Po Box 3001 Malvern Pa 19355-0701 | Unsecured | | $0.00 | $2,227.81 | $2,227.81 |
| 4 350 7200 | FIRST MIDWEST BANK C/O MIRIAM R. STEIN GUTNICKI LLP 4711 GOLF ROAD, SUITE 200 SKOKIE, IL 60076 | Unsecured | | $0.00 | $215,849.17 | $215,849.17 |
| 400 4110 | First Security Trust and Savings Bank | Secured | Reduced by agreement | $0.00 | $656,000.00 | $656,000.00 |
| 400 4110 | Woodgate Condominium Association (140 Central) | Secured | | $0.00 | $1,535.48 | $1,535.48 |
| 1 400 4110 | LINCOLNWAY COMMUNITY BANK C/O STEVEN PLATO TROY PO BOX 606 CHANNAHON IL 60410-0606 | Secured | The claim is adjusted for hte payoff amount | $0.00 | $242,797.25 | $242,797.25 |

Page 2                         Printed: August 16, 2021

UST Form 101-7-TFR (5/1/2011) *(Page: 16)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 19-31306  
Debtor Name: Cornerstone Capital, LLC  
Claims Bar Date: 4/29/2020  
Date: August 16, 2021

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 3<br>400<br>4110 | OLD NATIONAL BANK<br>ONE MAIN STREET<br>EVANSVILLE, IN 47708 | Secured | <br><br>claim withdrawn on 7/7/2021./ | $0.00 | $130,736.57 | $130,736.57 |
| | Case Totals | | | $0.00 | $1,417,933.30 | $1,417,933.30 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 19-31306
Case Name: Cornerstone Capital, LLC
Trustee Name: Zane L. Zielinski, Trustee

Balance on hand $ 75,798.39

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | First Security Trust and Savings Bank | $ 656,000.00 | $ 656,000.00 | $ 656,000.00 | $ 0.00 |
| | Woodgate Condominium Association (140 Central) | $ 1,535.48 | $ 1,535.48 | $ 1,535.48 | $ 0.00 |
| 1 | LINCOLNWAY COMMUNITY BANK | $ 242,797.25 | $ 242,797.25 | $ 242,797.25 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 75,798.39

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski, Trustee | $ 60,666.78 | $ 0.00 | $ 60,666.78 |
| Trustee Expenses: Zane L. Zielinski, Trustee | $ 84.64 | $ 0.00 | $ 84.64 |
| Attorney for Trustee Fees: Takada Law Offices, LLC | $ 13,980.00 | $ 13,980.00 | $ 0.00 |
| Attorney for Trustee Expenses: Takada Law Offices, LLC | $ 259.00 | $ 259.00 | $ 0.00 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates P.C. | $ 27,357.50 | $ 12,957.50 | $ 14,400.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Expenses: Alan D. Lasko & Associates P.C. | $ 84.41 | $ 11.30 | $ 73.11 |
| Charges: United States Bankruptcy Court | $ 350.00 | $ 0.00 | $ 350.00 |
| Other: Equity partners of Illinois | $ 7,999.34 | $ 7,999.34 | $ 0.00 |
| Other: Hiltz, Zanzig & Heiligman LLC | $ 30,471.50 | $ 30,471.50 | $ 0.00 |
| Other: Hiltz, Zanzig & Heiligman LLC | $ 783.85 | $ 783.85 | $ 0.00 |
| Other: Jamessonn Commercial | $ 26,750.00 | $ 26,750.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses          $           75,574.53

Remaining Balance                                              $              223.86

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,227.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | American Express National Bank | $ 2,227.81 | $ 0.00 | $ 223.86 |
| | Total to be paid to timely general unsecured creditors | | | $ 223.86 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $215,849.17 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | FIRST MIDWEST BANK | $ 215,849.17 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE